IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 14-69311 |
| MARIO M. WATKINS, | Chapter 11 |
| Debtor. | Judge Hagenau |

### NOTICE OF APPEARANCE OF BRET J. CHANESS
### AND REQUEST FOR SERVICE OF ALL NOTICES

COMES NOW, Bret J. Chaness, of the law firm Rubin Lublin, LLC, and hereby files this Notice of Appearance as counsel for SELECT PORTFOLIO SERVICING, LLC, and requests notice of all motions and pleadings filed in this action, pursuant to Bankruptcy Rules 2002 and 9010, be served upon:

Bret J. Chaness
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(678) 281-2730
bchaness@rubinlublin.com

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process of otherwise waiving any rights.

Respectfully submitted this 19th day of February, 2015.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served via CM/ECF (registered users only) and U.S. Mail, first class postage prepaid, on this the 19th day of February, 2015, on the following parties:

Mario M. Watkins
3780 Sherbrook Court
College Park, GA 30349

Kenneth Mitchell
Giddens, Mitchell & Associates, P.C.
3951 Snapfinger Parkway, Suite 555
Decatur, GA 30035

Thomas Wayne Dworschak
Guy G. Gebhardt
Office of the U.S. Trustee
75 Spring Street, SW
362 Richard Russell Building
Atlanta, GA 30303

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)