UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| MARIO M. WATKINS | : | CASE NO. 14-69311-wlh |
| DEBTOR. | : | |
| GUY G. GEBHARDT, ACTING UNITED STATES TRUSTEE, | : | |
| MOVANT. | : | |
| -vs- | : | CONTESTED MATTER |
| MARIO M. WATKINS | : | |
| RESPONDENT. | : | |

**MOTION TO DISMISS OR CONVERT
AND REQUEST FOR STATUS CONFERENCE**

COMES NOW Guy G. Gebhardt, Acting United States Trustee for Region 21, pursuant to 28 U.S.C. § 586(a)(3) and 11 U.S.C. § 1112(b), and respectfully moves this Court to dismiss or convert this case. In support of this motion, the United States Trustee shows the Court as follows:

1.

Debtor MARIO M. WATKINS (hereinafter "Debtor") filed a voluntary petition for relief under chapter eleven of the Bankruptcy Code on October 2, 2014.

2.

Cause exists for dismissal or conversion because the debtor has not filed any monthly operating reports covering any period after December 2014.

3.

An unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter is cause to dismiss or convert a case. 11 U.S.C. § 1112(b)(4)(F).

4.

The Bankruptcy Code directs the United States Trustee to ensure that all reports, schedules, and fees required to be filed by a debtor are properly and timely filed, monitor the progress of the case, and take the necessary action to prevent undue delay in such progress. 28 U.S.C. §§ 586 (a)(3)(D) and (G).

5.

The United States Trustee for Region 21 has established Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees ("the Guidelines"). Every chapter 11 debtor receives a copy of the Guidelines at the beginning of the case and thereby receives written notice of the obligation to file monthly operating reports in a timely manner. The Guidelines explicitly state that compliance is essential and that the debtor's failure to comply may result in the United States Trustee filing a motion to dismiss the case.

6.

The debtor's failure to timely file the required monthly operating reports is a violation of Federal Rule of Bankruptcy Procedure 2015 and a violation of 11 U.S.C. § 704(a)(8), made applicable to a chapter 11 debtor-in-possession by 11 U.S.C. §§ 1106(a)(1) and 1107(a).

7.

"Timely and accurate financial disclosure is the lifeblood of the Chapter 11 process." *In re Tornheim*, 181 B.R. 161, 164 (Bankr. S.D.N.Y. 1995). Monthly operating reports are not

mere busywork; they are the means by which the United States Trustee is able to make an independent assessment of a debtor's current financial condition and its prospects for reorganization. *Id*.

8.

The United States Trustee should not be forced to implore a chapter 11 debtor to file monthly operating reports in a timely manner. *In re McClure*, 69 B.R. 282, 290 (Bankr. N.D. Ind. 1987).

WHEREFORE, the United States Trustee respectfully requests that this Court dismiss this case or convert it to one under chapter 7, whichever is in the best interest of creditors and the estate, and convene a status conference on Tuesday, June 30, 2015, at 1:30 p.m.

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
*s/ Thomas W. Dworschak*
Thomas W. Dworschak
Trial Attorney
Georgia Bar No. 236380

**United States Department of Justice**
*Office of the United States Trustee*
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 331-4437 ext. 145
thomas.w.dworschak@usdoj.gov

3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| MARIO M. WATKINS | : | CASE NO. 14-69311-wlh |
| | : | |
| DEBTOR. | : | |
| | : | |
| GUY G. GEBHARDT, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| MARIO M. WATKINS | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the United States Trustee has filed a Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's Motion in **Courtroom 1403,** United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at 1:30 p.m. on Tuesday, June 30, 2015.

Your rights may be affected by the court's ruling on this pleading.  You should read the motion carefully and discuss it with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views, then you or your attorney must attend the hearing.

You may also file a written response to the motion with the Clerk of the Bankruptcy Court, but you are not required to do so.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's office is Clerk, United States Bankruptcy Court, Suite 1340, Richard Russell Building, 75 Spring Street, SW, Atlanta, Georgia 30303.  If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response.  You must mail a copy of your response to the Office of the United States Trustee at Suite 362, Richard Russell Building, 75 Spring Street, Atlanta, Georgia  30303.

Date:  June 10, 2015.

4

|  | Prepared and Served by: |
|---|---|
|  | */s/ Thomas W. Dworschak* |
|  | Thomas W. Dworschak, Trial Attorney |
|  | Georgia Bar No.: 236380 |

United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303
404-331-4437, ext. 145
Thomas.W.Dworschak@USDOJ.gov

## CERTIFICATE OF SERVICE

I hereby certify on June 10, 2015, I caused a copy of the attached Notice of Hearing and the United States Trustee's Motion to Dismiss or Convert were sent by first class United States mail, properly addressed and with correct postage to the following:

Lisa F. Caplan
Rubin Lublin, LLC
Suite 150,3740 Davinci Court
Peachtree Corners GA 30092

Joseph W. Weeks
McNally Weeks
125 Clairemont Avenue, Suite 450
Decatur GA 30030

Abbey M. Ulsh
Barrett Daffin Frappier Levine & Block
15000 Surveyor Blvd., Suite 100
Addison TX 75001

Mario M. Watkins
3780 Sherbrook Court
College Park GA 30349

Kenneth Mitchell
Mitchell & Associates, P.C.
Suite 555,3951 Snapfinger Parkway
Decatur GA 30035

*s/ Thomas W. Dworschak*

5