**IT IS ORDERED as set forth below:**



**Date: October 27, 2015**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **: CASE NO: 14-69311-WHL** |
| | **: CHAPTER: 11** |
| **MARIO M. WATKINS,** | : |
|     Debtor | |
| ………………………………………………. | |
| **MARIO M. WATKINS,** | |
|     Movant | **: CONTESTED MATTER** |
| vs. | : |
| **SELECT PORTFOLIO SERVICING,** | : |
| **INC.** | : |
| | : |
|     Respondent | |
| | : |

### CONSENT ORDER ON DEBTOR'S MOTION TO VALUE PROPERTY OF THE ESTATE

The above matter was set down for hearing before the court on September 22, 2015 on Debtor's Motion to Determine Value Property of the Estate (the "Motion") [Docket No. 39]. Debtor seeks a determination that the value of the property located at 4022 Robin Circle, Atlanta, Fulton County, Georgia 30318 (the "Property") should be set at $76,400.00. The Property is the collateral for a security deed currently held by Equicredit Corporation of America, recorded in Deed Book 29377, Page 274, Fulton County, Georgia records (the "Security Deed"). Select Portfolio Servicing, Inc. ("SPS") is the

1

current loan servicer for Equicredit Corporation of America, and the claim is evidenced by Claim No. 7. The parties have conferred and reached an agreement and stipulate that the value of the Property should be set at $120,000.00; therefore, it is hereby ORDERED that Debtor's Motion is granted as provided herein; it is

**FURTHER ORDERED** that, for purposes of the Debtor's chapter 11 case, the claim of SPS, related to the security deed on the Property, shall be reduced to $120,000.00 and shall be treated as secured up to the $120,000.00 value based amount and paid by the Debtor at 5.25**%** interest (to be amortized at confirmation) with the unpaid balance being due and payable on August 1, 2030 (the original maturity date).

**FURTHER ORDERED** that Debtor shall pay the adequate protection payments required by the Supplemental Order Imposing Automatic Stay [Docket No. 20] until confirmation of Debtor's Chapter 11 Plan.

**FURTHER ORDERED**, that upon confirmation of Debtor's Chapter 11 plan, the subject note and Security Deed shall be modified to reduce the unpaid principal balance to $120,000.00 and the escrow account balance shall be reduced to zero (0). Beginning on the 1st day of the first month following the effective date of Debtor's Chapter 11 plan, Debtor shall pay SPS required principal and interest payments, in an amount to be determined upon amortization at confirmation, plus monthly deposits for taxes and insurance and any shortage amounts necessary to fund the escrow account in accordance with RESPA going forward. Said payments shall continue on the 1st day of each month thereafter until the loan as modified is paid in full. The default terms including the late payments terms of the note and security deed remain as stated in the original loan documents.

**FURTHER ORDERED** that, upon confirmation of a Chapter 11 plan, SPS shall be granted relief from the automatic stay;

**FURTHER ORDERED** that the treatment of SPS's claim, as specified in this Order, shall supersede any contrary terms contained in a confirmed Chapter 11 plan; and

**FURTHER ORDERED** that the Debtor shall file a certified copy of this Order along with the Order confirming Debtor's Chapter 11 Plan in the real estate records of Fulton County.  In the event the Debtor's case is dismissed, converted to chapter 7, or stay relief is granted pursuant to terms of the Supplemental Order Imposing Automatic Stay [Docket No. 20] the Security Deed shall not be affected by this Order.

**END OF DOCUMENT**

Prepared and Present by:            Consented to by:
/s/ Kenneth Mitchell                /s/Bret Chaness, (by Ken Mitchell with expressed permission from
                                                  Bret Chaness Starks to sign his name)

Kenneth Mitchell, Esq.              Bret Chaness, Esq
Attorney for Debtor                 Attorney for Respondent
Ga. Bar No. 513230                  Ga. Bar No. 720572
Giddens & Mitchell & Associates, P.C.   Rubin Lublin, LLC
3951 Snapfinger Parkway, Suite 555  3740 Davinci Court, Suite 150
Decatur, GA 30034                   Peachtree Corners, Ga. 30092
(770) 987-7007                      770-246-3300

## DISTRIBUTION LIST

Mario M. Watkins
3780 Sherbrook Court
College Park, Georgia 30349


Kenneth Mitchell, Esq.
Giddens & Mitchell, P.C.
3951 Snapfinger Parkway, Suite 555
Decatur, GA 30034

Bret Chaness, Esq
Rubin Lublin, LLC
Attorneys for Select Portfolio
3740 Davinci Court, Suite 150
Peachtree Corners, Ga. 30092


Thomas Wayne Dworschak, Esq.
Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street, SW.
Atlanta, Ga. 30303