IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>MARIO M. WATKINS,<br>    Debtor. | Case No. 14-69311-wlh<br>Chapter 11 |
| SELECT PORTFOLIO SERVICING, INC.,<br>    Movant,<br>v.<br>MARIO M. WATKINS,<br>    Respondents. | **CONTESTED MATTER** |

### SELECT PORTFOLIO SERVICING, INC.'S OBJECTION TO CONFIRMATION

COMES NOW, Select Portfolio Servicing, Inc. ("SPS"), and files this Objection to Confirmation of the Debtor's Amended Chapter 11 Plan [Doc. 53], respectfully showing this Honorable Court as follows:

1. On October 27, 2015, SPS and the Debtor entered into a Consent Order on the Debtor's Motion to Value Property (the "Consent Order"). [Doc. 49]. The Consent Order provides specific terms of the treatment of Claim No. 7, and stated that it is "**FURTHER ORDERED** that the treatment of SPS's claim, as specified in this Order, shall supersede any contrary terms contained in a confirmed Chapter 11 plan." *Id.* at p. 2.

2. Approximately one month later, the Debtor filed his Amended Chapter 11 Plan. [Doc. 53]. The Amended Plan fails to reference the Consent Order and contains treatment that is inconsistent with the Consent Order. *See id.* at p. 6, Art. III, § 3.2, Class 2.

3. While SPS believes that the Consent Order will control, it is filing this objection out of an abundance of caution. It appears that the Debtor failed to provide notice to other creditors that the Consent Order controls the treatment of SPS's claim.

1

WHEREFORE, SPS requests that this Court inquire into the matters raised herein and either deny confirmation, or in the alternative, expressly incorporate the Agreed Order into an order confirming the Amended Chapter 11 Plan.

Respectfully submitted, this 11th day of January, 2016.

> */s/ Bret J. Chaness*
> BRET J. CHANESS (GA Bar No. 720572)
> **RUBIN LUBLIN, LLC**
> 3740 Davinci Court, Suite 150
> Peachtree Corners, GA 30092
> (678) 281-2730 (Telephone)
> (404) 921-9016 (Facsimile)
> bchaness@rubinlublin.com
>
> *Attorney for Select Portfolio Servicing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served via CM/ECF (registered users only) and U.S. Mail, first class postage prepaid, on this the 11th day of January. 2016, on the following parties:

Mario M. Watkins
3780 Sherbrook Court
College Park, GA 30349

Kenneth Mitchell
Giddens, Mitchell & Associates, P.C.
3951 Snapfinger Parkway, Suite 555
Decatur, GA 30035

Thomas Wayne Dworschak
Guy G. Gebhardt
Office of the U.S. Trustee
75 Spring Street, SW
362 Richard Russell Building
Atlanta, GA 30303

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)